1   RICHARD DOYLE, City Attorney (88625)
    NORA FRIMANN, Assistant City Attorney (93249)
2   ARDELL JOHNSON, Chief Deputy City Attorney (95340)
    NKIA D. RICHARDSON, Sr. Deputy City Attorney (193209)
3   Office of the City Attorney
    200 East Santa Clara Street, 16th Floor
4   San José, California  95113-1905
    Telephone Number: (408) 535-1900
5   Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
6
    Attorneys for Defendants
7

**FILED**

AUG 19 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13   LUIS HERNANDEZ and CINDY          Case Number:  CV12-02952 HRL
     CALDERON,                         COURT RULINGS RE
14                                     DEFENDANTS' OBJECTIONS TO
                  Plaintiffs,          DECLARATION OF PLAINTIFF LUIS
15                                     HERNANDEZ
           v.
16                                     Date:        July 9, 2013
     CITY OF SAN JOSE, et al.,         Time:        10:00 am
17                                     Courtroom:   2
                  Defendants.          Mag. Judge:  Howard R. Lloyd
18

19        Defendant City of San Jose objects to the Declaration of Plaintiff Luis Hernandez

20   submitted In Support of Plaintiffs' Opposition to Defendants' Motion for Summary

21   Judgment as follows:

22        1.  Defendants object to Paragraph 2, 1:10-11  ("I was harassed and retaliated…for

23   exercising my First Amendment Rights") on the grounds the statement contained therein is

24   an inadmissible opinion and conclusion for which no foundational facts are stated.

25   Defendants further object to Paragraph 2, 1:12-14 ("That obviously overbroad-and-illegal

26   prior restraint on speech violated the public's right to know about public corruption.") on the

27   / / / / /

28   / / / / /

                                        1
DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF          C12-2952 HRL
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT                                 989680

1  grounds that the statement is an inadmissible legal opinion and conclusion for which no

2  foundational facts are stated.

3           Court's Ruling on Objection 1:     Sustained: ✓

4                                             Overruled: _____

5      2.  Defendants object to Paragraph 3, 1:16-20 ("Indeed, our Department has

6  history, pattern, usage, and practice of using harassment and retaliation to intimidate

7  whistleblowers of all types, e.g. for those civilian and sworn police personnel complaining

8  about corruption, race, sex, or age discrimination, simply any complaint about top

9  management or its pets.") on the grounds that the statement is inadmissible speculation,

10 opinion and conclusion for which no foundational facts are stated.

11          Court's Ruling on Objection 2:     Sustained: ✓

12                                            Overruled: _____

13     3        Defendants object to Paragraph 4, 1:28-29 ("I was given the evidence by a

14 fearful whistleblower, who wanted a second copy secured in case her original was

15 'conveniently lost.'") on the grounds the statement is inadmissible speculation, opinion and

16 conclusion.  The statement is inadmissible speculation regarding an unidentified third

17 parties' state of mind.  Defendants further object to Paragraph 4, 1:30-2:1 ("This informant,

18 a low-level female employee of the City was afraid that somehow command staff would

19 interfere with her retirement.") on the grounds the statement is inadmissible opinion,

20 conclusion and speculation about a third party's state of mind.  Defendants also object to

21 Paragraph 4, 2:2-4 ("It was clear that she was frightened about the potential for police

22 harassment, retaliation, destruction of the evidence she handed over to me for

23 safekeeping.") on the grounds the statement is inadmissible opinion, conclusion and

24 speculation about a third party's state of mind.

25          Court's Ruling on Objection 3:     Sustained: ✓

26                                            Overruled: _____

27     4.       Defendants object to Paragraph 5 in its entirety and supporting evidence, or

28 exhibit, as irrelevant and inadmissible hearsay.  Defendant further objects to the paragraph

---

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF                    C12-2952 HRL
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT                                          989680

1 | and supporting evidence, or exhibit, as they lack foundation. The supporting evidence, or

2 | exhibit, is also objectionable because the document speaks for itself.

3 |         Court's Ruling on Objection 4:    Sustained: ____✓____

4 |                                     Overruled: _____

5 |     5.    Defendants object to Paragraph 6, 2:14 insofar as the term "illegal" is

6 | inadmissible opinion, conclusion and speculation. It is also objectionable as inadmissible

7 | legal opinion and conclusion. Defendants also object to Paragraph 6, 2:14-16 ("the SJPD

8 | retaliated and harassed a perfectly-innocent close-personal friend and long-time colleague

9 | of mine – Cindy Calderon—in order to "get" at me and make me suffer.") as inadmissible

10 | opinion, conclusion and speculation. This statement lacks foundation and is also

11 | objectionable as speculation about the state of mind of others. Defendants further object

12 | to Paragraph 6, 2:17-18 ("they violated our First Amendment rights, including our right to

13 | associate together, simply because the good old boys' club" was angry and wanted to

14 | punish me.") as inadmissible opinion, conclusion and speculation. This statement is also

15 | objectionable as inadmissible legal opinion and conclusion and as speculation about third

16 | party state of mind. Defendant also objects to Paragraph 6, 2:19-20 ("they knew they

17 | could get to me by hurting her") as inadmissible opinion, conclusion and speculation. It is

18 | also objectionable as speculation about the state of mind of another.

19 |         Court's Ruling on Objection 5:    Sustained: ____✓____

20 |                                     Overruled: _____

21 |     6.    Defendants object to Paragraph 7, 2:25-27 ("it was widely believed that I had

22 | made the phone call which started the investigation against Zarate") on the grounds the

23 | statement is inadmissible opinion, conclusion and speculation for which no foundational

24 | facts are stated. Defendants further object to Paragraph 7, 2:27 ("I was targeted by

25 | command staff as if I had reported Zarate's crimes") on the grounds the statement is

26 | / / / / /

27 | / / / / /

28 | / / / / /

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

1  inadmissible opinion, conclusion and speculation for which no foundational facts are

2  stated.

3          Court's Ruling on Objection 6:     Sustained: ___✓___

4                                           Overruled: _____

5      8.    Defendants object to Paragraph 8 in its entirety as inadmissible hearsay,

6  opinion and conclusion.  Defendants also object to the evidence, or exhibits, submitted in

7  support of Paragraph 8 on the grounds that the newspaper and online articles attached as

8  Exhibits A-E lack foundation and are irrelevant and insufficient to sustain the statements.

9  Plaintiffs' characterization of Exhibits A-E is inadmissible hearsay and is objectionable

10  because the documents speak for themselves.  The documents constitute the inadmissible

11  opinion, conclusion and speculation of the reporter or author.  The content of the articles is

12  inadmissible hearsay.  Although Plaintiffs argue the exhibits are not being offered for the

13  truth of the matters asserted, in order to accept the argument advanced by Plaintiffs, the

14  premise of the articles must be accepted as true, thereby requiring Plaintiffs to offer the

15  articles for their truth.

16          Court's Ruling on Objection 8:     Sustained: **AS TO THE ARTICLES' CONTENTS**

17                                        Overruled: **INSOFAR AS THE EXISTENCE OF ARTICLES**
           **TEND TO SHOW MEDIA INTEREST IN ZARATE'S ALLEGED CONDUCT**

18      9.    Defendants object to Paragraph 9 in its entirety and the supporting evidence,

19  or exhibit, as inadmissible hearsay, opinion and conclusion.  Defendants also object to the

20  evidence, or exhibit, submitted in support of Paragraph 9 on the grounds that the news, or

21  online, feature or article attached as Exhibit F lacks foundation, is irrelevant and insufficient

22  to sustain the statements.  Plaintiffs' characterization of Exhibit F is inadmissible hearsay

23  and is objectionable because the exhibit speaks for itself.  The exhibit constitutes the

24  inadmissible opinion, conclusion and speculation of the reporter or author.  The content of

25  the exhibit is inadmissible hearsay.  Although Plaintiff argues the exhibit is not being

26  offered for the truth of the matters asserted, in order to accept the argument advanced by

27  /////

28  /////

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
                                         C12-2952 HRL

989680

1   Plaintiff, the premise of the exhibit must be accepted as true, thereby requiring Plaintiff to

2   offer the exhibit for its truth.

3         Court's Ruling on Objection 9:    Sustained: *AS TO THE DOCUMENT CONTENTS*

4                     Overruled: *INSOFAR AS THE EVIDENCE OF THE ARTICLE TENDS TO SHOW PUBLIC INTEREST RE ZARATE'S ALLEGED CONDUCT*

5       10.    Defendants object to Paragraph 10 in its entirety as Exhibits A-F lack

6   foundation, are irrelevant and insufficient to sustain the statements.  Plaintiffs'

7   characterization of Exhibits A- F is inadmissible hearsay and is objectionable because the

8   exhibit speaks for itself.  The exhibits constitute the inadmissible opinion, conclusion and

9   speculation of the reporter or author.  The content of the exhibits is inadmissible hearsay.

10  Although Plaintiff argues the exhibits are not being offered for the truth of the matters

11  asserted, in order to accept the argument advanced by Plaintiff, the premise of the exhibits

12  must be accepted as true, thereby requiring Plaintiff to offer the exhibits for their truth.

13        Court's Ruling on Objection 10:   Sustained: _____

14                    Overruled: ✓

15      11.    Defendants object to Paragraph 15, 8:14-15 ("Sgt. Zarate's response was

16  'You know how it is, you take care of me I'll take care of you.") as inadmissible hearsay.

17        Court's Ruling on Objection 11:   Sustained: ✓

18                    Overruled: _____

19      12.    Defendants object to Paragraph 17, 8:22-24 ("Sgt. Zarate attempted to make

20  a joke of the situation…Sgt. Zarate seemed to get angry.") on the grounds the statement is

21  inadmissible opinion, conclusion and speculation about a third parties' state of mind.

22        Court's Ruling on Objection 13:   Sustained: _____

23                    Overruled: ✓

24      14.    Defendants object to Paragraph 20, 9:7 ("fearful female whistleblower") on

25  the grounds the term "fearful" is inadmissible opinion, conclusion and speculation about a

26  third parties' state of mind.

27        Court's Ruling on Objection 14:   Sustained: ✓

28                    Overruled: _____

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

15. Defendants object to Paragraph 21, 9:11-12 ("…it was clear that Lt. Werkema was trying to intimidate me from questioning Sgt. Zarate's conduct.") on the grounds the statement is inadmissible opinion, conclusion and speculation regarding another's state of mind. Defendant further objects to line 13-14 ("Lt. Werkema said to me: What the fuck is your problem with Sgt. Zarate?") on the grounds the statement is inadmissible hearsay.

Court's Ruling on Objection 15:   Sustained: ___✓___

Overruled: _____

16. Defendants object to Paragraph 25, 10:1-3 ("I am informed and believe that the reason for my reassignment was to retaliate against me for publicly reporting Sgt. Zarate's time-sheet fraud.") on the grounds that the statement is inadmissible opinion and conclusion. The statement lacks foundation and speculates about the state of minds of another.

Court's Ruling on Objection 16:   Sustained: ___✓___

Overruled: _____

17. Defendants object to Paragraph 26, 10:10-11 ("Lt. Werkema eliminated my position so that I would be sent back to the Patrol Division.") on the grounds the statement is inadmissible opinion, conclusion and speculation regarding the state of mind of another. Defendants further object to this statement on the grounds the Plaintiff fails to establish a factual foundation for the conclusion contained therein. Defendant further objects to Paragraph 26, 16-17 ("His perjury at his deposition is evidence of a guilty motive and pretext.") as inadmissible opinion, conclusion and speculation.

Court's Ruling on Objection 17:   Sustained: ___✓___

Overruled: _____

18. Defendants object to Paragraph 28, 10:23-24 ("…Sgt. Brooks called me into his office and told me that Lt Werkema told him to change the evaluation…") on the

/ / / / /

/ / / / /

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

grounds the statement is inadmissible hearsay.

        Court's Ruling on Objection 18:    Sustained: ✓

                                            Overruled: _____

19.    Defendants object to Paragraph 29 in its entirety on the grounds the statement is inadmissible opinion, conclusion and speculation regarding another's state of mind.

        Court's Ruling on Objection 19:    Sustained: ✓

                                            Overruled: _____

20.    Defendants object to Paragraph 30, 11:7 ("Werkema had retaliated against me...") on the grounds the statement is inadmissible opinion, conclusion, speculation and legal opinion.

        Court's Ruling on Objection 20:    Sustained: ✓

                                            Overruled: _____

21.    Defendants object to Paragraph 31, 11:9 ("Sgt. Brooks told me that because Lt. Werkema had given him a direct order to lower the evaluation rating from "above standard" to only "meets standard," he had to comply, but noted that the written entries would reflect an "above standards" evaluation on the grounds the statement is inadmissible hearsay.  Defendants further object to lines 11:11-13 ("I am informed and believe that the reason for the downward change in my performance review was to retaliate against me for telling people about Sgt. Zarate's time sheet fraud.") on the grounds the statement is inadmissible opinion, conclusion and speculation.  Defendants also object to lines 13-15 ("A 'meets standard evaluation at the San Jose Police Department is a kiss of death for promotion, kind of like a "Gentleman's C" on your record would doomed you when trying to get into Harvard or Stanford Law School.") on the grounds the statement is inadmissible opinion, conclusion and speculation.  It also lacks foundation.

        Court's Ruling on Objection 21:    Sustained: ✓

                                            Overruled: _____

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

1    22.    Defendants object to Paragraph 32 in it's entirety on the grounds the

2    statements are inadmissible opinion, conclusion and speculation for which no foundational

3    facts are stated.

4    Court's Ruling on Objection 22:    Sustained: ___✓___

5    Overruled: _____

6    23.    Defendants object to Paragraph 35, 1-4 ("Capt. Martinez, along with other

7    SJPD employees…had their own reasons to help cover-up Sgt. Zarate's frauds as they

8    also had secondary employment with the Eastside Unified School District and themselves

9    reported to Sgt. Zarate in the job.") on the grounds statement is inadmissible opinion,

10   conclusion and speculation as to the state of mind of others.  Defendants further object to

11   lines 5-6 ("It should be noted that the Fraud Bureau Chief Capt. Manuel Martinez and Lt.

12   Werkema were such close friends officers referred to them as brothers.") on the grounds

13   the statement is inadmissible opinion, conclusion and speculation for which no

14   foundational facts are stated.

15   Court's Ruling on Objection 23:    Sustained: ___✓___

16   Overruled: _____

17   24.    Defendants object to Paragraph 36, 12:9 "a phrase in common use by patrol

18   officers was the "Brown Brotherhood" to describe the police command-staff insiders who

19   were Hispanic or Latino like Zarate and Alcantar.") on the grounds the statement is

20   inadmissible hearsay, opinion, conclusion and speculation for which no foundational facts

21   are stated.  Defendants also object to lines 11-12 ("In fact a few of Zarate's nicknames at

22   the SJPD were "Slimy" and "the Mexican Don King.") on the grounds the statement is

23   irrelevant and inadmissible hearsay for which no foundational facts are stated.

24   Court's Ruling on Objection 24:    Sustained: ___✓___

25   Overruled: _____

26   25.    Defendants object to Paragraph 38 in its entirety on the grounds the

27   statement is inadmissible opinion, conclusion and speculation of third parties' state of mind

28   / / / / /

8

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

for which no foundational facts are stated.

        Court's Ruling on Objection 25:   Sustained: ___✓___

                                 Overruled: _____

26.     Defendants object to Paragraph 40, 12:22-25 ("From my discussions with Cindy Calderon, it became clear that the fraud unit was not making any real effort to investigate Sgt. Zarate because Officer Calderon was one of the main fraud investigator [sic] in the unit, who management avoided assigning the case because of her connection with me.") on the grounds the statement is inadmissible opinion, conclusion and speculation for which no foundational facts are stated.

        Court's Ruling on Objection 26:   Sustained: ___✓___

                                 Overruled: _____

27.     Defendants object to Paragraph 41, 12:30-13:1 (Sgt. St. Amour told me he would judge me on merit not what command staff told him.") on the grounds the statement is inadmissible hearsay.

        Court's Ruling on Objection 27:   Sustained: ___✓___

                                 Overruled: _____

28.     Defendants object to Paragraph 44, 13:9-10 ("Sgt. Matthew Elvander called me to say that Capt. Alcantar wanted to have a "man-to-man" meeting with me.") on the grounds the statement is inadmissible hearsay.

        Court's Ruling on Objection 28:   Sustained: ___✓___

                                 Overruled: _____

29.     Defendants object to Paragraph 46, 13:15-16 ("…there was no conceivable justification for such a broad order") on the grounds the statement is inadmissible opinion, conclusion and speculation.

        Court's Ruling on Objection 29:   Sustained: ___✓___

                                 Overruled: _____

30.     Defendants object to Paragraph 47, 13:20 ("…singing his praises were Lt. John Spicer, Lt. Francisco Aviles and Lt. James Werkema, three of the staff members that

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

1  have been instrumental in retaliating against and creating a hostile work environment for

2  me and officer Calderon.") on the grounds the statement is inadmissible opinion and

3  conclusion that lacks foundation.

4        Court's Ruling on Objection 30:   Sustained: ____✓____

5                                        Overruled: _____

6      31.   Defendants object to Paragraph 50, 14:3-5 ("When Sgt. Bortolotti later

7  called me back, he said that Lt. Spicer appeared upset and said the test would be done by

8  seniority and the applicants would be notified by City e-mail.") on the grounds the

9  statement is inadmissible hearsay.  The statement is also objectionable as speculation of

10  third party state of mind and inadmissible opinion that lacks foundation.  Defendants

11  further object to Paragraph 50, 14:7-8 ("This was an obvious ploy to prevent me from

12  taking the test.") on the grounds the statement is inadmissible opinion, conclusion and

13  speculation that lacks foundation.

14        Court's Ruling on Objection 31:   Sustained: ____✓____

15                                          Overruled: _____

16      32.   Defendants object to Paragraph 51, 14:10-12 ("...in the past, consideration

17  for seniority and out-of-town vacations had always been valid reasons for being placed at

18  the end of the testing cycle.") on the grounds the statement is inadmissible opinion,

19  conclusion and speculation that lack foundation.

20        Court's Ruling on Objection 32:   Sustained: ____✓____

21                                          Overruled: _____

22      33.   Defendants object to Paragraph 52 in its entirety on the grounds that the

23  statements contained therein are inadmissible opinion, conclusion and speculation that

24  lack foundation.

25        Court's Ruling on Objection 33:   Sustained: ____✓____

26                                          Overruled: _____

27      34.   Defendants object to Paragraph 53, 14:20-22 ("The purpose served in having

28  me go first is to set a baseline, so the raters don't run the risk of needing to later score

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

1  other applicants higher than me.") on the grounds the statement is inadmissible opinion,

2  conclusion and speculation that lack foundation.

3          Court's Ruling on Objection 34:   Sustained: ✓

4                                            Overruled: _____

5      35.     Defendants object to Paragraph 54 in its entirety on the grounds the

6  statement is inadmissible opinion, conclusion and speculation that lack foundation.

7          Court's Ruling on Objection 35:   Sustained: ✓

8                                            Overruled: _____

9      36.     Defendants object to Paragraph 59, 15:9-12 ("...the SJPD used seniority as

10  an excuse for its efforts to ensure that I would not be available to take the test in retaliation

11  for my statements about Sgt. Zarate's time-card fraud...Again, the SJPD used seniority

12  this time to create a baseline ensuring that their selected officers simply had to get a better

13  score than Officer Calderon or me.") on the grounds the statements are inadmissible

14  opinion, conclusion and speculation that lack foundation.  Defendants further object to

15  Paragraph 59, 15:17-18 ("I believe that was done in retaliation for my statements about

16  Sgt. Zarate's time-card fraud.") on the grounds the statement is inadmissible opinion,

17  conclusion and speculation that lack foundation.

18          Court's Ruling on Objection 36:   Sustained: ✓

19                                            Overruled: _____

20      37.     Defendants object to Paragraph 62, 15:29-30 insofar as the statement is

21  conclusory and based on speculation as to whether "the City's risk management

22  office...agreed" and fails to establish a factual foundation for that conclusion.

23          Court's Ruling on Objection 37:   Sustained: _____

24                                            Overruled: ✓

25      38.     Defendants object to Paragraph 63 in its entirety on the grounds the

26  statement contained therein is inadmissible speculation, opinion and conclusion and fails

27  / / / / /

28  / / / / /

11

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

1    to establish a sufficient factual foundation for that conclusion.

2              Court's Ruling on Objection 38:   Sustained: ___✓___

3                                              Overruled: _____

4

5                                        Respectfully submitted,

6    Dated: _____

7                                        RICHARD DOYLE, City Attorney

8                                        By: ___/s/ Nkia D. Richardson_____

9                                                    NKIA D. RICHARDSON
                                                   Sr. Deputy City Attorney

10                                      Attorneys for Defendants

11

12

13                      IT IS SO ORDERED:

14

15                                HOWARD R. LLOYD

16                            U.S. MAGISTRATE JUDGE

17                    DATE: ___8/19/13___

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' OBJECTIONS TO DECLARATION OF PLAINTIFF
LUIS HERNANDEZ IN SUPPORT OF RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

C12-2952 HRL

989680

1  RICHARD DOYLE, City Attorney (88625)
   NORA FRIMANN, Assistant City Attorney (93249)
2  ARDELL JOHNSON, Chief Deputy City Attorney (95340)
   NKIA D. RICHARDSON, Sr. Deputy City Attorney (193209)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Floor
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
7  Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  LUIS HERNANDEZ and CINDY          Case Number:  CV12-02952 HRL
    CALDERON,                         COURT RULINGS RE
14                                    DEFENDANTS OBJECTIONS TO
                   Plaintiffs,        DECLARATION OF PLAINTIFF CINDY
15                                    CALDERON
               v.
16                                    Date:      July 9, 2013
    CITY OF SAN JOSE, et al.,         Time:      10:00 am
17                                    Courtroom:  2
                   Defendants.        Mag. Judge:  Howard R. Lloyd
18

19        Defendants City of San Jose, San Jose Police Department, Ernie Alcantar, and

20  James Werkema object to the Declaration of Plaintiff Cindy Calderon submitted In Support

21  of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment as follows:

22        1.     Defendants object to Paragraph 3, 1:11 as conclusory and based on

23  speculation about whether Lou "spoke to people inside and outside the Department about

24  the public-corruption problems at the Airport posed by Sgt. Zarate." This statement about

25  what or to whom Lou spoke fails to establish factual foundation for that conclusion.

26        Court's Ruling on Objection 1:    Sustained: ___✓___

27                                          Overruled: _____

28

                                      1

DEFENDANTS' OBJECTIONS TO DECLARATION                    C12-2952 HRL
OF PLAINTIFF CINDY CALDERON
                                                         989780

1    2.    Defendants object to Paragraph 4 in its entirety on the grounds the
2  statements contained therein are inadmissible opinion, conclusion and speculation.  The
3  statements are also objectionable in that the declarant fails to establish a factual
4  foundation for the conclusions contained therein.  Defendants further object insofar as the
5  statement in line 5-6 ("His source believed these documents would be destroyed if she
6  turned them over to the command staff.") is inadmissible hearsay, opinion, conclusion and
7  speculation regarding another's state of mind.
8            Court's Ruling on Objection 2:    Sustained: ___✓___
9                                              Overruled: _____
10    3.    Defendants object to Paragraph 6 in its entirety as inadmissible hearsay and
11  speculation as to another's state of mind.
12            Court's Ruling on Objection 3:    Sustained: ___✓___
13                                              Overruled: _____
14    4.    Defendants object to Paragraph 7 in its entirety as inadmissible hearsay.
15  Plaintiff's testimony is also inadmissible speculation regarding others' state of mind.
16            Court's Ruling on Objection 4:    Sustained: ___✓___
17                                              Overruled: _____
18    5.    Defendants object to Paragraph 8, 2:20-22 ("Sgt. Kenny Rawson said to me
19  that he had been interviewed and that he told Sgt. Akemann to talk to Lou about the Zarate
20  matter.") as inadmissible hearsay and compound hearsay.  Defendants further object to
21  this statement insofar as it lacks foundation.
22            Court's Ruling on Objection 5:    Sustained: ___✓___
23                                              Overruled: _____
24    6.    Defendants object to Paragraph 9, 2:25-26 ("Sgt. Ackemann never
25  interviewed Lou and, in fact, avoided him.") on the grounds the statement is inadmissible
26  speculation as to another's state of mind.  Defendant further objects to this statement as
27  / / / / /
28  / / / / /

2

1    inadmissible opinion and conclusion that lacks foundation.

2         Court's Ruling on Objection 6:    Sustained: __✓__

3                                           Overruled: _____

4    7.    Defendants object to Paragraph 10, 1:27-28 ("As it turns out, Lou was never

5    interviewed.") on the grounds the statement lacks foundation for the conclusion contained

6    therein.

7         Court's Ruling on Objection 7:    Sustained: __✓__

8                                           Overruled: _____

9    8.    Defendants object to Paragraph 12, 3:8 ("This information must have had an

10   impact on the outcome of the case, because the POA agreed to fund Sgt. Zarate's

11   defense.") on the grounds the statement is inadmissible opinion and conclusion that lacks

12   foundation.  The statement is also objectionable as speculation about another's state of

13   mind.

14        Court's Ruling on Objection 8:    Sustained: __✓__

15                                          Overruled: _____

16   9.    Defendants object to Paragraph 13 in its entirety as inadmissible opinion,

17   conclusion and speculation.  It is also objectionable in that it lacks foundation.

18        Court's Ruling on Objection 9:    Sustained: __✓__

19                                          Overruled: _____

20   10.   Defendants object to Paragraph 14 in its entirety as inadmissible opinion,

21   conclusion and speculation.  It is also objectionable in that it that lacks foundation.

22        Court's Ruling on Objection 10:   Sustained: __✓__

23                                          Overruled: _____

24   11.   Defendants object to Paragraph 16 insofar as Plaintiff's cite to and

25   characterization of her performance evaluation are inadmissible hearsay.  It is also

26   objectionable in that the document speaks for itself.

27        Court's Ruling on Objection 11:   Sustained: __✓__

28                                          Overruled: _____

3

DEFENDANTS' OBJECTIONS TO DECLARATION
OF PLAINTIFF CINDY CALDERON

C12-2952 HRL

989780

12.     Defendants object to Paragraph 17 insofar as Plaintiff's cite to and characterization of her performance evaluation are inadmissible hearsay. It is also objectionable in that the document speaks for itself.

        Court's Ruling on Objection 12:   Sustained: ____✓____

        Overruled: _____

13.     Defendants object to Paragraph 18 in its entirety as inadmissible opinion, conclusion and speculation that lacks foundation.

        Court's Ruling on Objection 13:   Sustained: ____✓____

        Overruled: _____

14.     Defendants object to Paragraph 19, 5:16-18 ("...officer [sic] Hernandez and I were punished for our perceived talking to the press and people outside the Department.") on the grounds the statement contained therein is inadmissible opinion, conclusion and speculation that lacks foundation.

        Court's Ruling on Objection 14:   Sustained: ____✓____

        Overruled: _____

15.     Defendants object to Paragraph 20 in its entirety as inadmissible legal opinion and conclusion.  Defendants also object as no foundational facts are stated.  It is also objectionable in that the text of the case speaks for itself.  Defendants further object to this paragraph in that it contains no facts to establish the content represents anything other than the irrelevant reiteration of another's legal opinion and does not contain any facts about which the declarant has any personal knowledge.

        Court's Ruling on Objection 15:   Sustained: ____✓____

        Overruled: _____

16.     Defendants object to Paragraph 22 in its entirety as inadmissible legal opinion and conclusion.  Defendants also object to this paragraph as no foundational facts are stated.   It is also objectionable in that the text of the case speaks for itself.  Defendants further object to this paragraph in that it contains no facts to establish the

/ / / / /

4

1   content represents anything other than the irrelevant reiteration of another's legal opinion

2   and does not contain any facts about which the declarant has any personal knowledge.

3            Court's Ruling on Objection 16:   Sustained: _____✓_____

4                                             Overruled: _____

5   17.      Defendants object to Paragraph 23 in its entirety as inadmissible opinion,

6   conclusion and speculation. It is also objectionable in that it lacks foundational facts

7   sufficient to support the conclusion contained therein.

8            Court's Ruling on Objection 17:   Sustained: _____✓_____

9                                             Overruled: _____

10  18.      Defendants object to Paragraph 24 in its entirety as inadmissible legal

11  opinion and conclusion. Defendants also object to this paragraph as no foundational facts

12  are stated.  It is also objectionable in that the text of the case speaks for itself.  Defendants

13  further object to this paragraph in that it contains no facts to establish the content

14  represents anything other than the irrelevant reiteration of another's legal opinion and does

15  not contain any facts about which the declarant has any personal knowledge.

16           Court's Ruling on Objection 18:   Sustained: _____✓_____

17                                            Overruled: _____

18  19.      Defendants object to Paragraph 25 in its entirety as inadmissible opinion,

19  conclusion and speculation.  The statement also fails to establish a factual foundation for

20  the conclusion contained therein.

21           Court's Ruling on Objection 19:   Sustained: _____✓_____

22                                            Overruled: _____

23  20.      Defendants object to Paragraph 26 in its entirety as inadmissible opinion,

24  conclusion and speculation.  The statement also fails to establish a factual foundation for

25  the conclusion contained therein.

26           Court's Ruling on Objection 20:   Sustained: _____✓_____

27                                            Overruled: _____

28  / / / / /

DEFENDANTS' OBJECTIONS TO DECLARATION
OF PLAINTIFF CINDY CALDERON

C12-2952 HRL

989780

1    21.    Defendants object to Paragraph 27 in its entirety as inadmissible opinion,

2  conclusion and speculation.  The statement also fails to establish a factual foundation for

3  the conclusions contained therein.

4         Court's Ruling on Objection 21:    Sustained: ___✓___

5                                            Overruled: _____

6    22.    Defendants object to Paragraph 28 in its entirety as inadmissible opinion,

7  conclusion and speculation.  The statement also fails to establish a factual foundation for

8  the conclusions contained therein.

9         Court's Ruling on Objection 22:    Sustained: ___✓___

10                                           Overruled: _____

11   23.    Defendants object to Paragraph 29, 7:7-9 ("While the City cited Huppert for

12  us having no chance since officer [sic] Huppert acted within his duties in testifying before a

13  Contra Costa grand jury that was investigating corruption in the Pittsburg Police

14  Department.") on the grounds the statement is inadmissible opinion and conclusion.  The

15  statement is also objectionable insofar as Plaintiff failed to establish a factual foundation

16  for the conclusions contained therein.  Defendants also object to this statement as

17  inadmissible speculation.

18        Court's Ruling on Objection 23:    Sustained: _____

19                                           Overruled: ___✓___

20   24.    Defendants object to Paragraph 30 in its entirety as inadmissible legal

21  opinion, conclusion and speculation. Defendants also object to this paragraph as no

22  foundational facts are stated.  It is also objectionable in that the text of the case speaks for

23  itself.  Defendants further object to this paragraph in that it contains no facts to establish

24  the content represents anything other than the irrelevant reiteration of another's legal

25  opinion and does not contain any facts about which the declarant has any personal

26  knowledge.

27        Court's Ruling on Objection 24:    Sustained: ___✓___

28                                           Overruled: _____

DEFENDANTS' OBJECTIONS TO DECLARATION                                    C12-2952 HRL
OF PLAINTIFF CINDY CALDERON
                                                                        989780

25.     Defendants object to Paragraph 31 in its entirety as inadmissible opinion, conclusion and speculation.  It is also objectionable as inadmissible legal opinion and conclusion.  Defendants further object to footnote one to Paragraph 31 as inadmissible hearsay.

Court's Ruling on Objection 25:     Sustained: ___✓___

Overruled: _____

26.     Defendants object to Paragraph 32 in its entirety as inadmissible opinion, conclusion and speculation.  It is also objectionable insofar as it lacks foundation for the conclusions contained therein.

Court's Ruling on Objection 26:     Sustained: ___✓___

Overruled: _____

27.     Defendants object to Paragraph 33 in its entirety as inadmissible opinion, conclusion and speculation.  Defendants further object to this paragraph as inadmissible legal opinion and conclusion.  Defendants also object to this paragraph as no foundational facts are stated.  It is also objectionable in that the text of the case speaks for itself. Defendants further object to this paragraph in that it contains no facts to establish the content represents anything other than the irrelevant reiteration of another's legal opinion and does contains facts about which the declarant has any personal knowledge.

Court's Ruling on Objection 27:     Sustained: ___✓___

Overruled: _____

28.     Defendants object to Paragraph 34 in its entirety as inadmissible opinion, conclusion and speculation. Defendants also object to this paragraph insofar as Plaintiff fails to establish a factual foundation for the conclusions contained therein.

Court's Ruling on Objection 28:     Sustained: ___✓___

Overruled: _____

29.     Defendants object to Paragraph 35 in its entirety as inadmissible opinion, conclusion and speculation.  Plaintiff fails to establish a factual foundation for the conclusions contained therein.

7

1    Court's Ruling on Objection 29:    Sustained: ✓

2    Overruled: _____

3    30.    Defendants object to Paragraph 36 in its entirety as inadmissible opinion,

4    conclusion and speculation. Plaintiff fails to establish a factual foundation for the

5    conclusions contained therein.

6    Court's Ruling on Objection 30:    Sustained: ✓

7    Overruled: _____

8    31.    Defendants object to Paragraph 37, 9:9-13 ("Before the oral testing some

9    sergeant candidates are coached and tutored prior to examination by the command staff.

10   This sponsorship is administered inconsistently and without accreditation.  This practice

11   allows for favoritism and discrimination to be applied at the discretion of the command

12   staff.") on the grounds the statements contained therein are inadmissible opinion,

13   conclusion and speculation for which Plaintiff fails to establish a factual foundation.

14   Court's Ruling on Objection 31:    Sustained: ✓

15   Overruled: _____

16   32.    Defendants object to Paragraph 39, 9:25-26 ("While the City contends that I

17   failed the test, they never showed me correct answers.  So the test was in no way

18   objective.") as inadmissible hearsay and opinion.  Furthermore, the statements are

19   conclusory and fail to establish a factual foundation for that conclusion.

20   Court's Ruling on Objection 32:    Sustained: AS TO STATEMENT NO. 2

21   Overruled: AS TO STATEMENT NO. 1

22   33.    Defendants object to Paragraph 40 in its entirety as inadmissible opinion and

23   conclusion. It is also objectionable as it lacks foundational facts.

24   Court's Ruling on Objection 33:    Sustained: RE STATEMENTS 2-5

25   Overruled: RE STATEMENT 1

26   34.    Defendants object to Paragraph 41, 10:7-8 ("It appears any officer that was a

27   part of MERGE or special operations was promoted.") as inadmissible opinion, conclusion

28   / / / / /

8

1    and speculation.  Plaintiff fails to establish a factual foundation for the conclusions

2    contained therein.

3             Court's Ruling on Objection 34:     Sustained: ✓_____

4                                                 Overruled: _____

5        35.    Defendants object to Paragraph 44 in its entirety as inadmissible opinion,

6    conclusion and speculation.  Plaintiff fails to establish a factual foundation for the

7    conclusions contained therein.

8             Court's Ruling on Objection 35:     Sustained: ✓_____

9                                                 Overruled: _____

10       36.    Defendants object to Paragraph 49 in its entirety ("The public is obviously

11   upset and interested in the misuse of public funds. It is undeniably as a matter of fact a

12   matter of public interest.") on the grounds the statements contained therein are

13   inadmissible opinion, conclusion and speculation.  Plaintiff also fails to establish a factual

14   foundation for the conclusions.  Defendants further object to footnote 3 to paragraph 49

15   insofar as it is inadmissible hearsay, opinion and conclusion.

16            Court's Ruling on Objection 36:     Sustained: ✓_____

17                                                Overruled: _____

18       37.    Defendants object to Paragraph 50 on the grounds the articles and blogs

19   referenced therein lack foundation and are irrelevant and insufficient to sustain the

20   statements.  The cited excerpts as well as Plaintiffs' characterization the blog and article

21   content are inadmissible hearsay objectionable because the article or blog content speaks

22   for itself.  The blog and article content constitute the inadmissible opinion, conclusion and

23   speculation of the blogger, reporter or author.  The content of the articles is inadmissible

24   hearsay.  Although Plaintiff argues the blog or article content is not being offered for the

25   truth of the matters asserted, in order to accept the argument advanced by Plaintiffs, the

26   / / / / /

27   / / / / /

28   / / / / /

9

DEFENDANTS' OBJECTIONS TO DECLARATION                                    C12-2952 HRL
OF PLAINTIFF CINDY CALDERON
                                                                         989780

1   premise of the articles or blogs must be accepted as true, thereby requiring Plaintiffs to

2   offer the articles for their truth.

3           Court's Ruling on Objection 37:   Sustained: _AS TO BLOG CONTENTS_

4                                     Overruled: _INSOFAR AS EXISTENCE OF BLOGS TEND TO SHOW PUBLIC INTEREST RE ZARATE'S ALLEGED CONDUCT_

5       38.   Defendants object to Paragraph 52, 12:19-20 ("Lt. Spicer told me that he

6   could not show e the results or anything written on paper, despite the fact that he had my

7   score sheet in front of him.") as inadmissible hearsay, opinion, conclusion and speculation.

8   Plaintiff also fails to establish a factual foundation for the conclusions contained in the

9   statement.

10           Court's Ruling on Objection 38:   Sustained: _✓_

11                                     Overruled: _____

12       39.   Defendants object to Paragraph 53, 12:21-22 ("...Lt. Spicer appeared to be

13   very nervous.") as inadmissible opinion, conclusion and speculation as to a third party's

14   state of mind.

15           Court's Ruling on Objection 39:   Sustained: _____

16                                     Overruled: _✓_

17       40.   Defendants object to Paragraph 54, 12:26-28 ("[Detective Christine Lauren]

18   was not given any special direction as to the material that should be provided to the testing

19   officers.  She told me that they were guarding the test and that only some of the Detectives

20   were being given information to pass on to certain officers...") on the grounds the

21   statements are conclusory as well as inadmissible hearsay and opinion.

22           Court's Ruling on Objection 40:   Sustained: _✓_

23                                     Overruled: _____

24       41.   Defendants object to Paragraph 57 in its entirety as inadmissible hearsay.

25   The same paragraph is objectionable as inadmissible opinion, conclusion and speculation.

26   Plaintiff fails to establish a factual foundation for the conclusions contained in the

27   paragraph and the statements are irrelevant because no evidence connects the actions

28   /////

DEFENDANTS' OBJECTIONS TO DECLARATION
OF PLAINTIFF CINDY CALDERON

C12-2952 HRL

989780

described to an identifiable individual.

    Court's Ruling on Objection 41:   Sustained: ___✓___

                                  Overruled: _____

    42.    Defendants object to Paragraph 58, 13:17-18 ("I am sure I scored at least a 74% on the test because I knew all the answers except a part of one question.") as conclusory and based on speculation.

    Court's Ruling on Objection 42:   Sustained: ___✓___

                                    Overruled: _____

    43.    Defendants object to Paragraph 59, 13:21 (This score seemed unlikely to me.") as conclusory and based on speculation.

    Court's Ruling on Objection 43:   Sustained: ___✓___

                                    Overruled: _____

    44.    Defendants object to Paragraph 61, 14:2-4 ("After this conversation, I understood he didn't want to talk to me about the test even though he is the Commander of the unit and that he was not going to tell me what part of the scenario I might have missed.") as failing to establish a factual foundation for the conclusions contained therein. It is also objectionable as it is conclusory and based on speculation.

    Court's Ruling on Objection 44:   Sustained: ___✓___

                                    Overruled: _____

    45.    Defendants object to Paragraph 62 in its entirety as inadmissible opinion and conclusion. It is based on speculation about the motives of the testing board as stated in the following testimony "the testing board was able to score me any way they desired to keep me out of the unit." It is also objectionable as it lacks foundation for that conclusion.

    Court's Ruling on Objection 45:   Sustained: ___✓___

                                    Overruled: _____

    46.    Defendants object to Paragraph 63, 14:7-9 ("This was done at the direction of Captain Alcantar to retaliate against me because of Officer Hernandez's complaints about Sgt. Zarate's time-card fraud.") as conclusory as well as inadmissible opinion and

DEFENDANTS' OBJECTIONS TO DECLARATION
OF PLAINTIFF CINDY CALDERON

C12-2952 HRL

989780

1    speculation about another's state of mind.  It is also objectionable as it lacks foundation for

2    the conclusions contained therein.

3              Court's Ruling on Objection 46:     Sustained: _____✓_____

4                                                  Overruled: _____

5    47.    Defendants object to Paragraph 65, 14:15-17 ("But when the contract

6    between the San Jose Police Association and the City of San Jose passed, they were able

7    to bring two more people from the eligibility list.") as conclusory and based on speculation.

8    It is also objectionable as it lacks a factual foundation for the conclusion contained therein.

9              Court's Ruling on Objection 47:     Sustained: _____✓_____

10                                                 Overruled: _____

11   48.    Defendants object to Paragraph 66, 14:18-20 as inadmissible hearsay as to

12   the statements attributed to Lt. Rose.  Defendants further object to paragraph 66, 14:23-25

13   as conclusory and based on speculation that "Lt. John Rose was telling [Plaintiff] this to

14   discourage [her]."

15             Court's Ruling on Objection 48:     Sustained: _____✓_____

16                                                 Overruled: _____

17   49.    Defendants object to Paragraph 68, 15:3-4 ("...Lou Hernandez spoke with

18   Officer Nolan Lem about the fact that the Family Violence Unit might change its' work

19   week.") as inadmissible compound hearsay.  Plaintiff fails to establish a factual foundation

20   to support her statement.  Defendants further object to paragraph 68, 15:5-7 ("Sergeant

21   Bence told Nolan Lem that Lt. Rose already had a meeting with the Chief of Police and it

22   had been decided that the Family Violence Unit would continue with a 4-day work week.")

23   as inadmissible compound hearsay.  Plaintiff fails to establish a factual foundation to

24   support the statement.

25             Court's Ruling on Objection 49:     Sustained: _____✓_____

26                                                 Overruled: _____

27   50.    Defendants object to Paragraph 69 in its entirety as inadmissible compound

28   hearsay.  Defendant further objects to this paragraph as lacking foundation.  Plaintiff's

12

characterization of the writings of Nolan Lem is also objectionable as inadmissible hearsay.  The document, which has not produced, speaks for itself to the extent such a document exists.  Plaintiff's characterization of Lem's letter is insufficient to sustain the statements offered.

Court's Ruling on Objection 50:   Sustained: _____✓_____

Overruled: _____

51.   Defendants object to Paragraph 70, 15:21-26 as inadmissible hearsay as to the statements attributed to Lt. Larry McGrady.  Defendants also object to Plaintiff's characterization of Lt. McGrady's speech at 15:24 ("Lt. McGrady back-pedaled") as inadmissible opinion, conclusion and speculation as to another's state of mind.

Court's Ruling on Objection 51:   Sustained: _____✓_____

Overruled: _____

52.   Defendants object to Paragraph 72 in its entirety as the declaration fails to establish a factual foundation for the conclusions contained therein.  Defendants further object to Paragraph 72, 16:1-2 ("I later learned some other officers were sent home, but were not allowed to take release time") as conclusory and inadmissible speculation for which Plaintiff fails to establish a sufficient factual foundation.

Court's Ruling on Objection 52:   Sustained: _____✓_____

Overruled: _____

53.   Defendants object to Paragraph 73, 16:4 ("I was the only person sent home and asked to use my own time off.") as conclusory and based on speculation.  The declaration fails to establish a factual foundation for the conclusion set forth in the paragraph.

Court's Ruling on Objection 53:   Sustained: _____✓_____

Overruled: _____

54.   Defendants object to Paragraph 74, 16:7-12 ("My team...told me there was some discussion about the commanders wanting to order me to wear BDUs to Continuous Professional Training" and "I was informed that many members of my team spoke up for

DEFENDANTS' OBJECTIONS TO DECLARATION
OF PLAINTIFF CINDY CALDERON

C12-2952 HRL

989780

1  me and told the [sic] Sergeant Elvander that the Commanders can't order one person to

2  wear BDUs when no one else is being ordered to wear them.") as inadmissible hearsay.

3  Plaintiff fails to establish a factual foundation to support the statements.

4          Court's Ruling on Objection 54:   Sustained: ___✓___

5                                      Overruled: _____

6      55.    Defendants object to Paragraph 76, 16:15-16 ("Usually it is enough that an

7  officer shows the Sergeant the equipment or a receipt.") as conclusory and based on     *SUSTAINED*

8  speculation.  The statement lacks sufficient factual foundation to support the conclusions

9  contained therein.  Defendant further objects to paragraph 76, 16:18-19 ("Sgt. Elvander

10 looked uneasy about telling me this.") as inadmissible opinion, conclusion and speculation   *OVERRULED*

11 about another's state of mind.  Plaintiff fails to establish a factual foundation sufficient to

12 support the statement.

13         Court's Ruling on Objection 55:   Sustained: _____

14                                     Overruled: _____

15     56.    Defendants object to Paragraph 77

16         Court's Ruling on Objection 56:   Sustained: _____

17                                     Overruled: *BECAUSE NO BASIS IS STATED FOR THE OBJECTION*

18     57.    Defendants object to Paragraph 78, 16:25 ("obsessive interest") and 26-28 ("I

19 am informed and believe the reason for this was to retaliate against me because of Officer

20 Hernandez's complaints about Sgt. Zarate's time-card fraud.") as conclusory. It is also

21 objectionable as inadmissible opinion and speculation. Plaintiff fails to establish a factual

22 foundation to support her conclusions.

23         Court's Ruling on Objection 57:   Sustained: ___✓___

24                                     Overruled: _____

25     58.    Defendants object to Paragraph 79, 17:3-5 insofar as her characterization of

26 the letter from Allison Suggs is inadmissible hearsay.

27         Court's Ruling on Objection 58:   Sustained: ___✓___

28                                     Overruled: _____

1        59.    Defendants object to Paragraph 81 in its entirety as conclusory and based on

2    speculation about whether "the close personal relationships that Zarate had developed

3    over the years led to [Hernandez and Calderon's] supervisors discounting reports of his

4    corruption, and ordering Lou Hernandez not to discuss Zarate or his corruption with

5    ANYONE inside or outside the Department."  Plaintiff fails to establish a factual foundation

6    for the conclusions contained within the paragraph.

7              Court's Ruling on Objection 59:   Sustained: ___✓___

8                                         Overruled: _____

9        60.    Defendants object to Paragraph 82 in its entirety as based on speculation

10   about "what the brass may have felt."  Plaintiff fails to establish a factual foundation for the

11   opinions and conclusions contained in this statement.  This statement is inadmissible

12   speculation about the state of mind of third parties.

13             Court's Ruling on Objection 60:   Sustained: ___✓___

14                                        Overruled: _____

15       61.    Defendants object to Paragraph 83 in its entirety as conclusory, inadmissible

16   opinion and based on speculation that the San Jose Police Department brass "ignored

17   multiple citizen complaints."  Plaintiff fails to establish a factual foundation for that

18   conclusion and opinion.  Defendants further object to paragraph 83, 17:17-19 ("The San

19   Jose Police Department brass...committed misconduct toward [Hernandez and Calderon]

20   that was illegal and unconstitutional.") as inadmissible legal opinion and conclusion for

21   which Plaintiff failed to establish a sufficient factual foundation.

22             Court's Ruling on Objection 61:   Sustained: ___✓___

23                                        Overruled: _____

24       62.    Defendants object to Paragraph 84 in its entirety as conclusory, inadmissible

25   opinion and based on speculation.  This paragraph, 17:22-23 ("It was the Department that

26   / / / / /

27   / / / / /

28   / / / / /

1    trampled on our Constitutional Rights.") is also objectionable as inadmissible legal opinion

2    and conclusion for which Plaintiff failed to establish a sufficient factual foundation.

3              Court's Ruling on Objection 62:    Sustained:    ✓

4                                                  Overruled: _____

5                                                  Respectfully submitted,

6    Dated: _____        RICHARD DOYLE, City Attorney

7

8                                                  By:    /s/ Nkia D. Richardson

9                                                         NKIA D. RICHARDSON
                                                          Sr. Deputy City Attorney

10                                                 Attorneys for Defendants

11

12

13   IT IS SO ORDERED:

14

15         HOWARD R. LLOYD
           U.S. MAGISTRATE JUDGE

16   DATE:    8/19/13

17

18

19

20

21

22

23

24

25

26

27

28

                                        16

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
NKIA D. RICHARDSON, Sr. Deputy City Attorney (193209)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS HERNANDEZ and CINDY CALDERON,<br><br>                        Plaintiffs,<br><br>        v.<br><br>CITY OF SAN JOSE, et al.,<br><br>                        Defendant. | Case Number:  CV12-02952 HRL<br>*COURT RULINGS RE*<br>DEFENDANTS' OBJECTIONS TO DECLARATION OF THOMAS K. BOURKE<br><br>Date:        July 9, 2013<br>Time:       10:00 am<br>Courtroom:   2<br>Mag. Judge:  Howard R. Lloyd |

Defendants City of San Jose, San Jose Police Department, Ernie Alcantar and James Werkema object to the Declaration of Thomas K. Bourke submitted In Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment as follows:

1.      Defendants object to Paragraph 7 in its entirety inadmissible hearsay, opinion and conclusion.  The online forum, blog or article referenced in paragraph 7 lacks foundation and is irrelevant and insufficient to sustain the statements contained in the declaration.  Plaintiffs' characterization of the online forum, blog or article referenced in paragraph 7 is inadmissible hearsay and is objectionable because the content of the forum/blog/article speaks for itself.  The content of the forum, blog or article constitutes the inadmissible opinion, conclusion and speculation of the bloggers, reporters or authors and

1

DEFENDANTS' OBJECTIONS TO
DECLARATION OF THOMAS K. BOURKE

CV12-02952 HRL

990681.doc

1  is inadmissible hearsay.  In order to accept the argument advanced by Plaintiffs, the

2  premise of the online forum, blog or article must be accepted as true, thereby requiring

3  Plaintiffs to offer the forum, blog or article for their truth.

4          Court's Ruling on Objection 1:    Sustained: _____ ✓

5                                           Overruled: _____

6      2.    Defendants object to Paragraph 8 in its entirety as inadmissible hearsay,

7  opinion and conclusion.  The cited findings of the Knapp Commission are irrelevant and

8  lack foundation.

9          Court's Ruling on Objection 2:    Sustained: _____ ✓

10                                           Overruled: _____

11      3.    Defendants object to Paragraph 9 in its entirety as it lacks sufficient

12  foundation to support the statements therein.  Defendants further object to this paragraph

13  as inadmissible opinion, conclusion and speculation.  Defendants statement that police

14  department's higher ups "feel that they have the power to cover things up" is objectionable

15  as speculation as to the state of mind of other third parties.

16          Court's Ruling on Objection 3:    Sustained: ✓ _____

17                                           Overruled: _____

18  4. Defendants object to Paragraph 10 in its entirety as it lacks sufficient foundation to

19  support the statements contained therein.  This paragraph is also objectionable as the

20  / / / / /

21  / / / / /

22  / / / / /

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

2

1  cited portions from Wikipedia are inadmissible hearsay, opinion and conclusion.

2  Defendants also object to paragraph 10 as the content, or subject, of a Hollywood movie is

3  inadmissible hearsay and irrelevant.

4              Court's Ruling on Objection 4:      Sustained:  ___✓___

5                                                  Overruled:  _____

6

7                                                  Respectfully submitted,

8  Dated: _____             RICHARD DOYLE, City Attorney

9

10                                           By:  ___/s/ Nkia D. Richardson___
                                                  NKIA D. RICHARDSON
11                                                Sr. Deputy City Attorney

12                                           Attorneys for Defendants

13

14                                    IT IS SO ORDERED

15

16                                    HOWARD R. LLOYD
17                                    U.S. MAGISTRATE JUDGE

18                                    DATE: ___8/19/13___

19

20

21

22

23

24

25

26

27

28

                                          3

1   RICHARD DOYLE, City Attorney (88625)
    NORA FRIMANN, Assistant City Attorney (93249)
2   ARDELL JOHNSON, Chief Deputy City Attorney (95340)
    NKIA D. RICHARDSON, Sr. Deputy City Attorney (193209)
3   Office of the City Attorney
    200 East Santa Clara Street, 16th Floor
4   San José, California  95113-1905
    Telephone Number: (408) 535-1900
5   Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
6
7   Attorneys for Defendants

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  LUIS HERNANDEZ and CINDY          Case Number:  CV12-02952 HRL
    CALDERON,                         COURT RULINGS RE
14                                    DEFENDANTS' OBJECTIONS TO
                  Plaintiffs,         DECLARATION OF MATT ELVANDER
15
           v.                         Date:      July 9, 2013
16                                    Time:      10:00 am
    CITY OF SAN JOSE, et al.,         Courtroom: 2
17                                    Mag. Judge: Howard R. Lloyd
                  Defendants.
18

19        Defendants City of San Jose, San Jose Police Department, Ernie Alcantar and

20  James Werkema object to the Declaration of Matt Elvander submitted In Support of

21  Plaintiffs' Opposition to Defendants' Motion for Summary Judgment as follows:

22        1.    Defendants object to Paragraph 2, 1:10 ("Officer Hernandez was reluctant to

23  go to the meeting...") as inadmissible speculation about another's state of mind.

24             Court's Ruling on Objection 1:    Sustained: ___✓___

25                                               Overruled: _____

26        2.    Defendants object to Paragraph 3, 1:18-19 ("I was shocked that Capt.

27  Alcantar would make such an order which is obviously illegal on its face.") as inadmissible

28  / / / / /

                                        1

DEFENDANTS' OBJECTIONS TO                                    C12-2952 HRL
DECLARATION OF MATT ELVANDER
                                                            989781

1  legal opinion and conclusion.  The declarant fails to establish sufficient factual foundation

2  to support this conclusion.

3                  Court's Ruling on Objection 2:     Sustained: ✓_____

4                                                  Overruled: _____

5      3.      Defendants object to Paragraph 4, 1:20-21 ("...there was no conceivable

6  justification for such a broad order.") as inadmissible opinion, conclusion and speculation

7  for which the declarant failed to provide sufficient foundation to support the statement.

8  Defendants also object to Paragraph 4, 1:21-23 ("Capt. Alcantar told Officer Hernandez

9  that he had 'a lot of friends' in the Department and insinuated that he would make life

10  difficult for me if I did not obey the order.") as inadmissible hearsay as well as inadmissible

11  opinion, conclusion and speculation regarding another's state of mind.

12                  Court's Ruling on Objection 3:     Sustained: ✓_____

13                                                  Overruled: _____

14      4.      Defendants object to Paragraph 5, 1:28 ("their failing didn't seem fair") as

15  inadmissible opinion and conclusion.  Defendant also objects on the grounds that the

16  declarant's personal belief is irrelevant.

17                  Court's Ruling on Objection 4:     Sustained: ✓_____

18                                                   Overruled: _____

19      5.      Defendants object to Paragraph 6, 2:2-3 ("Lt. Spicer told me that there was

20  not anything either one of the could do to get into this unit.") as inadmissible hearsay.

21  Defendants further object to Paragraph 6, 3-5 ("I understood Lt.Spicer to mean that Officer

22  Hernandez or Calderon's score was not relevant to him and that he would not allow them

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

2

1 | in the Unit because of some personal animosity he had toward them.") as inadmissible
2 | opinion, conclusion and speculation about another's state of mind.

3 |          Court's Ruling on Objection 5:      Sustained: __✓__

4 |                                              Overruled: _____

5 |

6 |                                      Respectfully submitted,

7 | Dated: _____        RICHARD DOYLE, City Attorney
8 |

9 |
10 |                                      By:   /s/ Nkia D. Richardson
                                               NKIA D. RICHARDSON
11 |                                            Sr. Deputy City Attorney

12 |                                      Attorneys for Defendants

13 |

14 |     IT IS SO ORDERED:

15 |

16 |     HOWARD R. LLOYD
17 |     U.S. MAGISTRATE JUDGE

18 |     DATE: __8/19/13__

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

                                     3

1   RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
2   ARDELL JOHNSON, Chief Deputy City Attorney (95340)
NKIA D. RICHARDSON, Sr. Deputy City Attorney (193209)
3   Office of the City Attorney
200 East Santa Clara Street, 16th Floor
4   San José, California  95113-1905
Telephone Number: (408) 535-1900
5   Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov
6

7   Attorneys for Defendants

8

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13   LUIS HERNANDEZ and CINDY
CALDERON,
14                Plaintiffs,
15

16            v.

17   CITY OF SAN JOSE, et al.,

18                Defendants.

Case Number:  CV12-02952 HRL
COURT RULINGS RE
DEFENDANTS' OBJECTIONS TO
DECLARATION OF THOMAS
CORREA

Date:       July 9, 2013
Time:      10:00 am
Courtroom:  2
Mag. Judge:  Howard R. Lloyd

19       Defendants City of San Jose, San Jose Police Department, Ernie Alcantar and

20   James Werkema object to the Declaration of Thomas Correa submitted in Support of

21   Response to Defendants' Motion for Summary Judgment as follows:

22       1.     Defendants object to the Declaration of Thomas Correa in its entirety as

23   irrelevant and an attempt to bring forth a mini-trial of Correa's own claims.  Defendant also

24   objects to Correa's declaration as inadmissible hearsay, opinion and conclusion.  This

25   declaration is also objectionable as based upon speculation without sufficient foundational

26   facts to support the conclusion and speculation contained therein.  Correa is the plaintiff in

27   a separate and unrelated lawsuit currently pending before this Court.  See United States

28   District Court Case No. CV12-05436.  He is represented by the same attorney

1

1    representing Plaintiffs Hernandez and Calderon.  Correa's personal beliefs, opinions and

2    conclusions in his own litigation are irrelevant to the claims raised by the plaintiffs in the

3    above-captioned matter.

4                    Court's Ruling on Objection 1:      Sustained: _____ ✓

5                                                        Overruled: _____

6                                                        Respectfully submitted,

7    Dated: _____                      RICHARD DOYLE, City Attorney

8

9                                                        By:   /s/ Nkia D. Richardson

10                                                             NKIA D. RICHARDSON
                                                              Sr. Deputy City Attorney
11
                                                        Attorneys for Defendants
12

13                                          ┌─────────────────────────────────┐
                                            │ IT IS SO ORDERED:               │
14                                          │                                 │
15                                          │                                 │
                                            │       HOWARD R. LLOYD           │
16                                          │    U.S. MAGISTRATE JUDGE        │
17                                          │    DATE: ___8/19/13___          │
                                            └─────────────────────────────────┘
18

19

20

21

22

23

24

25

26

27

28

                                             2